# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN KING, | ) | CASE NO. 5:04-CV-1657 |
| | ) | |
| Plaintiff, | ) | JUDGE: OLIVER |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE: HEMANN |
| | ) | |
| ROUTE 80 EXPRESS, et al., | ) | |
| | ) | **STIPULATION FOR DISMISSAL** |
| Defendants. | ) | **AND JOURNAL ENTRY** |

We, the undersigned attorneys for the respective parties herein, do hereby stipulate that the above-captioned matter has been settled and dismissed with prejudice as it relates to Defendants Route 80 Express, Kevin Moore and Jeffrey Roberts, Plaintiff Brian King and Third-Party Defendant, William Schultz. The case is to be marked "Settled and dismissed with prejudice at Defendants' costs." The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

_____
JUDGE OLIVER

Respectfully submitted,

_per consent_ (OT)
_____                    _____
Stanley P. Aronson, Esq.                     JAMES J. TUREK (#0031278)
Aronson & Associates                         BRIAN M. ZABER (#0075404)
3085 West Market Street, Suite 130           **REMINGER & REMINGER CO., L.P.A.**
P.O. Box 13199                               1400 Midland Building
Akron, Ohio 44334-8599                       101 Prospect Avenue, West
P: (330) 836-5500                            Cleveland, Ohio 44115-1093
Attorney for Plaintiff                       P: (216) 687-1311
Brian King                                   F: (216) 687-1841
                                             E-mail:    jturek@reminger.com
                                                        bzaber@reminger.com
                                             Attorneys for Defendants
                                             Kevin L. Moore and Route 80 Express, Inc.

_____
David J. Fagnilli
Davis & Young
1700 Midland Bldg.
101 Prospect Avenue, W.
Cleveland, OH 44115-1027
216-377-2707

Attorney for Third Party Defendant
William Schultz