IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN KING, | ) | CASE NO. 5:04-CV-1657 |
| | ) | |
| Plaintiff, | ) | JUDGE: OLIVER |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE: HEMANN |
| | ) | |
| ROUTE 80 EXPRESS, et al., | ) | |
| | ) | **STIPULATION FOR DISMISSAL** |
| Defendants. | ) | **AND JOURNAL ENTRY** |

We, the undersigned attorneys for the respective parties herein, do hereby stipulate that the above-captioned matter has been settled and dismissed with prejudice as it relates to Defendants Route 80 Express, Kevin Moore and Jeffrey Roberts, Plaintiff Brian King and Third-Party Defendant, William Schultz. The case is to be marked "Settled and dismissed with prejudice at Defendants' costs." The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
---
JUDGE OLIVER

Respectfully submitted,

*per consent (OAT)*
---
Stanley P. Aronson, Esq.
Aronson & Associates
3085 West Market Street, Suite 130
P.O. Box 13199
Akron, Ohio 44334-8599
P: (330) 836-5500
Attorney for Plaintiff
Brian King

JAMES J. TUREK (#0031278)
BRIAN M. ZABER (#0075404)
**REMINGER & REMINGER CO., L.P.A.**
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115-1093
P: (216) 687-1311
F: (216) 687-1841
E-mail: jturek@reminger.com
bzaber@reminger.com
Attorneys for Defendants
Kevin L. Moore and Route 80 Express, Inc.

_David J. Fagnilli_
David J. Fagnilli
Davis & Young
1700 Midland Bldg.
101 Prospect Avenue, W.
Cleveland, OH 44115-1027
216-377-2707

Attorney for Third Party Defendant
William Schultz